

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. AP-75,858

### EX PARTE KENNETH BERNARD JACKSON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 9024128-A IN THE 390TH DISTRICT COURT
### FROM TRAVIS COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated sexual assault of a child and indecency with a child by contact and sentenced to 50 years' and 20 years' imprisonment, respectively.

Applicant contends that the appellate court erroneously dismissed his appeal as untimely and that his appellate counsel rendered ineffective assistance because he failed to timely file a notice of appeal or to take any action to preserve Applicant's right to appeal.

The trial court has determined that Applicant expressed his desire to appeal but counsel did not file a notice of appeal. The trial court has further determined that Applicant tried to file his own notice of appeal but it was dismissed by the appellate court as untimely. We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time appeal of the judgment of conviction in Cause No. 9024128-A from the 390th District Court of Travis County. Applicant is ordered returned to that time at which he may give a written notice of appeal so that he may then, with the aid of counsel, obtain a meaningful appeal. All time limits shall be calculated as if the sentence had been imposed on the date on which the mandate of this Court issues. We hold that, should Applicant desire to prosecute an appeal, he must take affirmative steps to file a written notice of appeal in the trial court within 30 days after the mandate of this Court issues.

Delivered: March 5, 2008
Do Not Publish